**Rocky Lee STALEY, Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Warden, Respondent–Appellee.**

**No. 00–7304.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 17, 2001.

---

Rocky Lee Staley, pro se.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Rocky Lee Staley seeks to appeal the magistrate judge's order denying relief on his petition filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We dismiss the appeal for lack of jurisdiction because Staley's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed.R.App .P. 4(a)(1), unless the district court extends the appeal period under Fed.R.App.P. 4(a)(5) or reopens the appeal period under Fed.R.App.P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on July 6, 2000. Staley's notice of appeal was filed on September 8, 2000. Because Staley failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would *not* aid the decisional process.

*DISMISSED.*